# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-4241
_____

GERALD MITCHELL WILLIAMS III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Wade Mercer, Judge.

September 21, 2020

PER CURIAM.

DISMISSED. *See Miller v. State*, 79 So. 3d 209 (Fla. 1st DCA 2012) (holding that appeal of sentencing issue was moot upon defendant's release from prison).

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.